460

57 A.3d 640

Stephanie MATESON–BARTON, Petitioner,

v.

The JUDGES OF THE SUPERIOR COURT OF PENNSYLVANIA and The Honorable Ricardo C. Jackson, Judge Of The Court Of Common Pleas Of Philadelphia County, Respondents.

No. 174 EM 2012.

Supreme Court of Pennsylvania.

Dec. 12, 2012.

## ORDER

PER CURIAM.

AND NOW, this 12th day of December, 2012, the Application for Leave to File Original Process is **GRANTED,** and the "Petition for Review Addressed to the Court's Original Jurisdiction" and the Motion for Stay are **DENIED.** The Prothonotary is directed to strike the name of the jurist from the caption.